IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAKEEM TOWLES** | : **CIVIL ACTION** |
| | : |
| v. | : **NO. 15-4256** |
| | : |
| **JOHN WETZEL,** *et al* | : |

## ORDER

**AND NOW**, this 15th day of April 2025, following extensive study of the Petition for a Writ of Habeas Corpus (ECF 16), Petitioner's Memorandum (ECF 77), the Commonwealth's Response (ECF 82), Petitioner's Reply (ECF 87), extended oral argument (ECFs 89, 92), and for reasons in today's accompanying Memorandum, it is **ORDERED** we:

1. **CONDITIONALLY GRANT** the Petition for a Writ of Habeas Corpus (ECF 16) as to Ground I.A claiming ineffectiveness of trial counsel for the guilt phase, obviating our need for review of the several additional grounds in the Petition;

2. **VACATE** Petitioner's May 11, 2012 conviction and June 11, 2012 sentence;

3. **STAY** the execution of this Writ until **October 15, 2025** during which time the Commonwealth must either retry Petitioner or release him from state custody; and,

4. **REQUIRE:**

    a. Parties file a joint status update on the progress of the underlying case in state court by no later than **August 15, 2025**;

    b. Respondents serve this Order and accompanying Memorandum (ECFs 94, 95) upon the state court's Clerk of the Criminal Division or Court Administrator by no later than **April 17, 2025** and **file** a Notice confirming compliance by no later than **April 22, 2025**; and,

c. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.